# Exhibit C

Search 

Log in

≡ Menu



Home　　Catalog ⌄　　Blog　　Size Chart　　About Us

Home  >  Baleaf Grip Toeless Yoga Pilates Barre Socks













**Baleaf Sports**

# Baleaf Grip Toeless Yoga Pilates Barre Socks

### $ 7.99

**Size**

| 4~7 |

**Color**

| Lined Black |

[ Check Out on Amazon Store ]

No yoga mat? No problem. Baleaf Socks help you to safely practice, even without a mat. Special design allows toes to spread naturally for better stability and balance. These non-slip socks are perfect for all barefoot activities, like Pilates, yoga, dance, barre, and martial arts.

- Made of Cotton
- Non-slip grip design offers superior balance and stability
- Strech and soft material provives a secure and confortable fit
- Toeless and Open foot design provides barefoot experience and extra traction
- Moisture-wicking fabric keeps your feet dry and protects feet from exposure to unclean surfaces

- Perfect for travel, studio, or gym use

**Share this Product**

Share    Tweet    Pin it    Fancy    +1

**More from this collection**



**Baleaf Women's Yoga Capri Legging Black**
Baleaf Sports
$ 29.99



Shipping&Returns

Follow Us

Contact Us

5426 1/2 Temple City Blvd, Temple City, CA, 91780, US 1-718-705-4979 info@baleaf.com

Newsletter

Sign up for the latest news, offers and styles

Your email

Subscribe

Your email

Subscribe

Copyright © 2016, Baleaf Sports

PayPal

Baleaf Sports

Shop by **Department** | Shopping History | Tara's Amazon.com | Today's Deals | Hello, Tara **Your Account** | Your **Prime** | Your **Lists** | 0 **Cart**

**Sports & Outdoors** | Sports & Fitness | Outdoor Recreation | Sports Fan Shop | Sports Deals | Outdoor Deals

PrimeNow | $10 OFF FIRST PURCHASE AND FREE 2-HOUR DELIVERY WITH THE PRIME NOW APP

‹ Back to results

Roll over image to zoom in

Grip Toeless Yoga Pilates
Socks

100 customer reviews

$14.99
$7.99 & Free Returns. Details
$7.00 (47%)

ıorrow, March 30? Order within **5 hrs 53 mins**
**One-Day Shipping** at checkout. Details
eaf Sports and Fulfilled by Amazon. Gift-wrap

-**Black**

$7.99 | $7.99 | $7.99
$7.99 | $7.99 | $7.99

Size: **Women shoe size 4-7** Fit: As expected (87%)

- cotton
- Non-slip grip design offers superior balance and stability
- Strech and soft material provives a secure and confortable fit
- Toeless and Open foot design provides barefoot experience and extra traction
- Moisture-wicking fabric keeps your feet dry and protects feet from exposure to unclean surfaces
- Perfect for travel, studio, or gym use

Deal of the Day: 60-70% Off Spring Jackets
Today only, save 60-70% on spring jackets for women, men, kids, and baby. Find classic trenches and rain coats, anoraks, leather jackets, and other light layers. Select styles. Prices as marked.

Share

Qty: 1

Add to Cart

Turn on 1-Click ordering for this browser

**Ship to:**
Tara Hamilton- ALISO VIEJO

Add to List

**Sponsored by Manduka**

Manduka Standard Superlite Yoga Mat, Acai
183
$40.00

Ad feedback

## Frequently Bought Together

