UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THIRTY THREE THREADS, INC., a California corporation,<br><br>                                    Plaintiff,<br><br>v.<br><br>BALEAF SPORTS, a California unknown entity; and DOES 1-10, inclusive,<br><br>                                    Defendants. | Case No.:  16-cv-2500 JAH-JMA<br><br>**ORDER GRANTING PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT [DOC. NO. 9]** |

This matter came before the Court for hearing on May 15, 2017, on Plaintiff's motion for default judgment. *See* Doc. No. #9. No opposition to the motion was filed or otherwise received from the Defendant in this case. Based upon Plaintiff's motion, and after careful consideration of the entire record in this case, IT IS HEREBY ORDERED that:

1.    Plaintiff's motion for default judgment [doc. #9] is **GRANTED**; and

2.    Judgment against Defendant Baleaf Sports is as follows:

1

a) Defendant has directly infringed, contributorily infringed, and/or induced infringement of the Patents-in-Suit, including claims 1-8 of the '935 Patent and the design claim for a sock as set forth in the '036 Patent and Figs. 1-7 thereto and depicted in Ex. C. to the Complaint (hereinafter "the Accused Infringing Product");

b) Defendant's infringement of the Patents-in-Suit has been willful;

c) Defendant, its officers, agents, servants, employees, representatives, subsidiaries, assignees, successors, and all persons and/or entities in concert or participation with the Defendant, directly or indirectly, be preliminarily and permanently enjoined and restrained perpetually from any further acts of direct infringement, contributory infringement, or inducement of infringement of Plaintiff's U.S. Patent Nos. 7,346,935 and D707,036, pursuant to 35 U.S.C. §283, including but not limited to the making, using, offering for sale, selling, distributing and/or importing in the United States the Accused Infringing Products and any woven sock made from an elastic, stretchable knit material forming tubular ankle and foot portions, with the foot portion including toe, ball, heel sections and five forward projecting seamless, stretchable toe tubes, with a multitude of high friction buttons arrayed under the bottom and adhered to at least the bottom of the toe, ball, and heel sections

d) Defendant is required to deliver to Plaintiff for destruction all remaining inventory of products, packaging, labels, literature, advertising and other material relating to the Accused Infringing Products and any other sock product described above.

e) Defendant is directed to file with this Court and serve on the Plaintiff within thirty (30) days after service of the permanent injunction, a

2

report in writing, under oath, setting forth the detailed manner and form in which the Defendant has complied with the injunction; and

3. Plaintiff has informed the Court Plaintiff no longer seeks attorney's fees. As a result, no award of attorney's fees is granted.

4. Based on Plaintiff's allegations that the Court takes as true, this Court shall retain jurisdiction to enforce this Judgment.

**IT IS SO ORDERED.**

DATED:    June 8, 2017

_____
JOHN A. HOUSTON
United States District Judge

3