

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Thirty Three Threads, Inc., a California corporation | |
| **Plaintiff,** | **Civil Action No.** 16CV2500-JAH(JMA) |
| **V.** | |
| Baleaf Sports, a California unknown entity; Does 1-10, inclusive | **CLERK'S DEFAULT JUDGMENT IN A CIVIL CASE** |
| **Defendant.** | |

**Decision by Court.**  This action came before the Court.  The issues have been heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

Plaintiff's motion for default judgment is granted.

**Date:** _____6/8/17_____

**CLERK OF COURT**
**JOHN MORRILL, Clerk of Court**

By:  s/ J. Petersen  _____

J. Petersen, Deputy